

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00872-CV

**IN THE INTEREST OF C.M.S.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01181
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

Appellate counsel's motion to withdraw is DENIED.

SIGNED April 17, 2019.

_____
Patricia O. Alvarez, Justice